**SO ORDERED.**

**SIGNED this 16th day of April, 2013.**





---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| DONNIE RICHARDSON, | ) Case No. 13-10333 C-7 |
| | ) |
| Debtor. | ) |

ORDER DENYING DEBTOR'S APPLICATION
TO PROCEED IN FORMA PAUPERIS

THIS MATTER came on for hearing before the aforesigned Bankruptcy Judge on April 11, 2013, upon the Debtor's Application For Waiver of the Chapter 7 Filing Fee (the "Application"). Robyn Whitman appeared on behalf of the U. S. Bankruptcy Administrator ("BA"), but the Debtor did not appear or have an attorney present to represent him.

IT APPEARS TO THE COURT, and the Court so finds and concludes as follows:

1. The Debtor filed a Chapter 7 petition *pro se* on March 14, 2013, along with an Application for Waiver of the Chapter 7 Filing Fee (the "Application").

2. A hearing on the Debtor's Application was scheduled for April 11, 2013 at 9:30 a.m. An Order and Notice containing the time, date, and location of this hearing was entered on March 19, 2013 and was served on March 21, 2013 by first-class mail on the Debtor at the mailing address provided on his petition.

3. The Debtor failed to appear at the hearing on April 11, 2013.

4. Due notice has been given of the April 11, 2013 hearing on the Debtor's Application

for Waiver of the Chapter 7 Filing Fee.

  5. As the Debtor has failed to appear at the hearing scheduled on this matter, and as the Debtor has filed a motion to dismiss his case (which has been scheduled for hearing on April 24, 2013), his Application to Waive Chapter 7 Filing Fee should be denied.

  THEREFORE, IT IS ORDERED that the Debtor's Application to Proceed in Forma Pauperis be and is hereby denied.

* END OF DOCUMENT *

PARTIES TO BE SERVED

13-10333

Page 1 of 1

Michael D. West, Esq.

Gerald S. Schafer, Esq.

Mr. Donnie Richardson
4013 Redberry Road
Greensboro, NC   27407